# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

2008 JUL 21 PM 2:25

United States of America )
v. )
Kenneth Ramon Sanders ) Case No: CR495-00123-007
) USM No: 46388-019
Date of Previous Judgment: April 23, 1996 ) Fred Bergen
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] **DENIED.** [X] **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___340___ months **is reduced to** ___324 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 37 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 324 to 405 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated ___April 23, 1996,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 21, 2008

Judge's signature

William T. Moore, Jr.
Effective Date: _____ Chief Judge, U. S. District Court
(if different from order date) Printed name and title