IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
11:36 A.M
April 13, 2010
Deputy Clerk

KENNETH RAMON SANDERS, )
)
    Plaintiff, )
)
v. ) CASE NOS. CV409-197
)                 CR495-123
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, Plaintiff's 28 U.S.C. § 2255 Motion is **DENIED AS SUCCESSIVE**.[1] The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 13th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This Court, yet again, informs Defendant that if he wishes to have his sentence recalculated due to the Georgia Supreme Court vacating two of his state convictions, he must first file an "Application for Leave to File a Second or Successive Habeas Corpus Petition" with the Eleventh Circuit Court of Appeals, using the form provided by the Clerk of Court for the Eleventh Circuit. After receiving permission from the Eleventh Circuit, Defendant may then submit his § 2255 petition to this Court. Until Defendant follows these procedures, this Court lacks jurisdiction to rule on any § 2255 petition from Defendant.