**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
11/27/20__

_____
Deputy Clerk

UNITED STATES OF AMERICA

v.  } Crim. No. 4:95CR00123-7

Kenneth Ramon Sanders

On November 21, 2014, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Kenneth Ramon Sanders be discharged from supervision.

Respectfully submitted,

_____
Ervin Frazier
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __27th__ day of November, 2017.

_____
William T. Moore, Jr.
Judge, U.S. District Court